**Order entered June 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00925-CR

**BILLY LUFTHANSA BARNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-22227-Y**

## ORDER

On April 24, 2013, this Court ordered court reporter Sharon Hazlewood to file, within fifteen days, a supplemental record containing State's Exhibit no. 1, a surveillance video. To date, Ms. Hazlewood has neither filed the supplemental record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 1, a surveillance video. No further extensions will be granted. If Ms. Hazlewood does not file the supplemental record within the time specified, the Court will order that she not sit as a court reporter until the supplemental record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and to counsel for all parties.

/s/    DAVID EVANS
JUSTICE